UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:07CR310 CDP |
| ) | |
| ERIC JOSEPH KIMBLE, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the defendant's motion to comtinue the jury trial in this matter [#21] is granted.

IT IS FURTHER ORDERED that the jury trial in this matter as to defendant Eric Joseph Kimble is reset for **Tuesday, September 4, 2007 at 9:00 a.m.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 27th day of July, 2007.